# HANG & ASSOCIATES, PLLC

ATTORNEYS AT LAW

136-20 38th Avenue, Suite 10G

Flushing, New York 11354

September 24, 2021

**VIA ECF**

Honorable Katherine Polk Failla, U.S.D.J.

United States District Court

Southern District of New York

40 Foley Square, Courtroom 618

New York, NY 10007



> Re:   **Velasquez v. Von Design, Ltd. et al**
> Civil Docket No. 1:21-cv-04822-KPF

### *Consent Letter Motion to Adjourn Initial Conference*

Dear Judge Failla:

This office represents defendants Von Design, Ltd. and Bowery Corner Owner LLC ("Defendants") in the above referenced matter. With consent of plaintiff, we request an adjournment of the initial pretrial conference currently scheduled for October 1, 2021, per Court Order dated July 14, 2021 (Dkt. No. 9).  This is the first time for Defendants to request an adjournment of the initial conference.

The reason for this request is that the undersigned has a conflict on said date due to a pre-arranged deposition schedule. Defendants propose the week of October 25 or later as alternative dates.

We appreciate the Court's time and continued attention to this matter.

Respectfully submitted,

Hang & Associates, PLLC

By:_____*s/ Ge Qu*_____

Ge Qu

CC: (via ECF)
Ben-Zion Bradley Weitz, Esq.
The Weitz Law Firm, P.A.
18305 Biscayne Boulevard
Aventura, FL 33160

Application GRANTED.

The pre-trial conference scheduled for October 1, 2021, is hereby
ADJOURNED to **November 5, 2021, at 3:00 p.m.**

The parties are reminded of the obligations set forth in the
Court's Notice of Initial Pretrial Conference.  (Dkt. #9).

The Clerk of Court is directed to terminate the motion at docket
entry 18.

Dated:  September 24, 2021        SO ORDERED.
        New York, New York

                                  HON. KATHERINE POLK FAILLA
                                  UNITED STATES DISTRICT JUDGE